```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/11/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAILWARE, INC.,

                 Plaintiff,

-against-

NEW JERSEY TRANSIT CORPORATION,

                 Defendant.

24-CV-05537 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    The Court, having considered Defendant's consent letter filed at Dkt. No. 21 regarding: (i) staying discovery pending the Court's decision on Defendant's Motion to Dismiss under Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction based on Defendant's claim to sovereign immunity (Dkt. 19-20); (ii) consent letter motion to adjourn the deadline for the parties to file their joint report pursuant to Fed. R. Civ. P. 26(f) and to adjourn the Initial Pretrial Conference; and (iii) consent letter motion to extend the briefing schedule for Plaintiff's response to Defendant's Motion to Dismiss and Defendant's reply, IT IS HEREBY ORDERED THAT:

    1.    Discovery in this matter is stayed pending the Court's decision on Defendant's Motion to Dismiss;

    2.    The September 12, 2024 deadline for the parties to file their joint report pursuant to Fed. R. Civ. P. 26(f) and the September 19, 2024 Initial Pretrial Conference are ADJOURNED pending the Court's decision on Defendant's Motion to Dismiss; and

    3.    The parties' proposed briefing schedule for the Motion to Dismiss is ADOPTED. Plaintiff's response shall be due **October 16, 2024**, and Defendant's reply shall be due **November 4, 2024**.

Dated: September 11, 2024
          New York, New York

                                                          SO ORDERED.

                                                          MARGARET M. GARNETT
                                                          United States District Judge